United States District Court
Southern District of Texas
**ENTERED**
February 27, 2025
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Trisura Specialty Insurance Company, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. H-24-4300 |
| | § | |
| GPI Carriers, LLC | § | |
| and Martell Holmann, | § | |
| | § | |
| Defendants. | § | |

## O R D E R

On February 27, 2025, Plaintiff, Trisura Specialty Insurance Company, through counsel notified the Court that a settlement had been reached in this action with Defendants, GPI Carriers, LLC and Martell Holmann.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within **thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated.

All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 27th day of February, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE